ROBERT M. BONE State Bar No. 181526
*robertbone@att.net*
Law Office of Robert M. Bone
645 Fourth Street, Suite 205
Santa Rosa, California 95404
Telephone: (707) 525-8999
Facsimile: (707) 542-4752

Attorneys for Plaintiff
MAXWELL WYSS


BRUCE D. CELEBREZZE, State Bar No. 102181
*bruce.celebrezze@clydeco.us*
MICHAEL A. TOPP, State Bar No. 148445
*michael.topp@clydeco.us*
JASON J. CHORLEY, State Bar No. 263225
*jason.chorley@clydeco.us*
CLYDE & CO US LLP
101 Second Street, 24th Floor
San Francisco, California 94105
Telephone: (415) 365-9800
Facsimile:  (415) 365-9801

Attorneys for Defendant
LIBERTY MUTUAL FIRE INSURANCE
COMPANY (erroneously sued as Liberty Mutual
Insurance Company)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAX WYSS,<br><br>    Plaintiff,<br><br>    v.<br><br>LIBERTY MUTUAL INSURANCE COMPANY,<br><br>    Defendant. | Case No. 3:18-CV-05432-RS<br><br>**STIPULATION FOR REMAND** |

CLYDE & CO US LLP
101 Second Street, 24th Floor
San Francisco, California 94105
Telephone: (415) 365-9800

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Plaintiff Maxwell Wyss ("Plaintiff") and defendant Liberty Mutual Fire Insurance Company, erroneously sued herein as Liberty Mutual Insurance Company ("Defendant") hereby enter into this stipulation based on the following facts:

WHEREAS, on July 30, 2018, Plaintiff filed in the Superior Court of the State of California, County of Sonoma, a complaint bearing Case No. SCV-262890 against "Liberty Mutual Insurance Company" and DOES 1 through 25, and alleged causes of action for breach of contract, and breach of the covenant of good faith and fair dealing (ECF 001, Ex. A);

WHEREAS, on August 1, 2018, Plaintiff filed a first amended complaint in the Superior Court of the State of California, County of Sonoma, a complaint bearing Case No. SCV-262890 against "Liberty Mutual Insurance Company" and DOES 1 through 25, and alleged causes of action for breach of contract, and breach of the covenant of good faith and fair dealing;

WHEREAS, Defendant was served with a copy of the summons and complaint on August 2, 2018;

WHEREAS, Defendant was served with a copy of the first amended complaint on August 6, 2018;

WHEREAS, Defendant filed an answer to Plaintiff's complaint on September 4, 2018 in Sonoma County Superior Court (ECF 001, Ex. B);

WHEREAS, Defendant timely removed the action to this Court on September 4, 2018 pursuant to 28 U.S.C. § 1332 and § 1441(a) based on diversity jurisdiction and the allegation that Defendant's liability could reach up to $400,000;

WHEREAS, Defendant filed an answer to Plaintiff's first amended complaint on September 5, 2018;

WHEREAS, Defendant filed a first amended answer to Plaintiff's first amended complaint on September 26, 2018;

WHEREAS, Plaintiff and Defendant have met and conferred and agree that Plaintiff's claims in this action do not meet the $75,000 threshold for diversity jurisdiction pursuant to 28 U.S.C. § 1441;

CLYDE & CO US LLP
101 Second Street, 24th Floor
San Francisco, California 94105
Telephone: (415) 365-9800

NOW THEREFORE, the parties stipulate and agree that this action should be remanded to the Superior Court of the State of California, County of Sonoma, and that each party shall bear its own attorneys' fees and costs with respect to the removal and subsequent remand of this action.

IT IS SO STIPULATED.

Dated: February 4, 2019    CLYDE & CO US LLP

By:   */s/ Jason J. Chorley*
Bruce D. Celebrezze
Michael A. Topp
Jason J. Chorley
Attorneys for Defendant
LIBERTY MUTUAL FIRE INSURANCE COMPANY (erroneously sued as Liberty Mutual Insurance Company)

Dated: February 4, 2019    CLYDE & CO US LLP

By:   */s/ Robert A. Bone*
Robert A. Bone
Attorneys for Plaintiff
MAXWELL WYSS

**ORDER FOR REMAND**

Pursuant to the parties' February 4, 2019 stipulation, and good cause appearing, the above captioned action is hereby remanded to the Superior Court of California, County of Sonoma, Case No. SCV-262890.

IT IS SO ORDERED.

DATED: 2/5/19

_____
HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE